# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **DEMORRIO HANSLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 7:23-CV-119 |
| **C&F FINANCE COMPANY, and FLOWERS HONDA DEALERSHIP,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff Demorrio Hansley and Defendants C&F Finance Company and Flowers Imports, LLC d/b/a Flowers Honda, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that Plaintiff's claims against C&F Finance Company and Flowers Imports, LLC d/b/a Flowers Honda are dismissed, without prejudice, with Plaintiff and Defendants to each bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of November, 2023.

| /s/ *Demorrio Hansley* | /s/ *Rachel R. Friedman* | /s/ *Margaret S. Puccini* |
|---|---|---|
| Demorrio Hansley | Rachel R. Friedman | John D. Harvey |
| 592 Westwood Heights Cir | Georgia Bar No. 456493 | jdharvey@bouhan.com |
| Douglas, Ga 31535 | rfriedman@burr.com | Margaret S. Puccini |
| *Pro Se Litigant* | BURR & FORMAN LLP | mpuccini@bouhan.com |
| | 420 North 20th Street, Suite 3400 | GA Bar No. 645880 |
| | Birmingham, AL 35203 | One West Park Avenue |
| | Telephone: (205) 251-3000 | Savannah, GA 31401 |
| | Facsimile: (205) 458-5100 | PO Box 31402-2139 |
| | Attorney for Defendant | T: 912.232.7000 |
| | C&F FINANCE COMPANY | F. 912.233.0811 |
| | | Attorney for Defendant |
| | | FLOWERS HONDA |

52032819 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of November, 2023 a copy of the foregoing has been served on the following party via United States first-class mail, postage prepaid, and addressed as follows:

> Demorrio Hansley
> 592 Westwood Heights Circle
> Douglas, GA 31535

> */s/ Rachel R. Friedman*
> OF COUNSEL

I hereby certify that on this the 1st day of November, 2023, the foregoing document has been served on the following party via CM/ECF Notice of Electronic Filing:

John D. Harvey
jdharvey@bouhan.com
Margaret S. Puccini
mpuccini@bouhan.com
GA Bar No. 645880
One West Park Avenue
Savannah, GA 31401
PO Box 31402-2139
T: 912.232.7000
F. 912.233.0811

> */s/ Rachel R. Friedman*
> OF COUNSEL